IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>vs.<br><br>SHARON M. THOMPSON,<br><br>                          Defendant. | 8:21-CR-270<br><br>**PRELIMINARY ORDER OF FORFEITURE FOR MONEY JUDGMENT** |

This matter is before the Court on the Government's Motion for a Forfeiture Money Judgment in the amount of $344,786.00. Filing 101. Having reviewed the motion and the record, the Court will grant the Government's motion. Accordingly,

IT IS ORDERED:

1. The Government's Motion for a Forfeiture Money Judgment is hereby sustained;

2. The defendant, Sharon Thompson, pursuant to 21 U.S.C. § 853, 18 U.S.C. §§ 981 and 982, and 28 U.S.C. § 2461(c), shall be, and hereby is, liable for a forfeiture money judgment in the amount of $344,786.00;

3. The parties shall have two (2) days from the entry of this order to suggest revisions or modifications pursuant to Federal Rule of Criminal Procedure 32.2(b)(2)(B);

4. After the time to suggest revisions or modifications has passed, the Court will enter an order that this Preliminary Order of Forfeiture is now final as to the defendant; and

5. The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

Dated this 10th day of February, 2023.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge

2