IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiffs,<br><br>vs.<br><br>SHARON M. THOMPSON<br><br>     Defendants. | 8:21-CR-270<br><br>**ORDER** |

  In accordance with the Preliminary Order of Forfeiture, Filing 103, and pursuant to Federal Rule of Criminal Procedure Federal Rules of Criminal Procedure 32.2(b)(4) and 35(a), the Preliminary Order of Forfeiture is now final as to defendant Sharon M. Thompson. The order of forfeiture pronounced orally at sentencing and the criminal judgment are no longer held in abeyance. A separate criminal judgment shall issue.

  Dated this 15th day of February, 2023.

                     BY THE COURT:

                     _____
                     Brian C. Buescher
                     United States District Judge